**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

HAZEL DARLENE HARDIN                                    PLAINTIFF


**v.**                               CASE NO.:  3:17-cv-000490-DJH-DW


ALLY FINANCIAL, INC.                                    DEFENDANT

** ** ** **

**NOTICE OF SETTLEMENT**

Comes the Plaintiff, Hazel Darlene Hardin, and hereby notifies the Court that Plaintiff has settled her claims against Defendant, Ally Financial, Inc. subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger