UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

HAZEL DARLENE HARDIN,                                           Plaintiff,

v.                                              Civil Action No. 3:17-cv-490-DJH-DW

ALLY FINANCIAL, INC.,                                          Defendant.

\* \* \* \* \*

**<u>ORDER</u>**

    The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.   (Docket No. 24)   Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

May 10, 2018

**David J. Hale, Judge**
**United States District Court**